UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES EDWARD LATTIMORE,

       Plaintiff,

Case No. 11-11403

v.

Honorable Patrick J. Duggan

PRISON HEALTH SERVICES,
MICHIGAN DEPARTMENT OF
CORRECTIONS, LISA REEVES, M.D.,
BENSON MACKALL, BARBRA
FRAGER, LIADI SULEMAN, and SWIFT,

       Defendants.
_____/

## JUDGMENT

On April 4, 2011, Plaintiff filed this civil rights action pursuant to 42 U.S.C. § 1983, alleging deliberate indifference to his serious medical needs, in violation of the Eighth Amendment to the United States Constitution. On this date, the Court entered an Opinion and Order holding that Plaintiff is not entitled to relief.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Plaintiff's action is **DISMISSED WITH PREJUDICE**.

Dated: May 16, 2011

s/PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

Copies to:

Charles Edward Lattimore, #711352
G. Robert Cotton Correctional Facility
3500 N. Elm Road
Jackson, MI 49201